IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| | : |
| v. | : NO.   24-3-1, 2, 3, 4, 5 |
| | : |
| MIKAL MCCRACKEN, AMIN MUSE, ALEEM ABDUL-HAKIM, DEAN FOSQUE, KAVON COLEMAN | : : : |

# ORDER

**AND NOW**, this 30th day of October 2025, upon considering Mr. McCracken's motion to suppress (DI 159), Mr. McCracken's amended motion to suppress (DI 204), the government's opposition (DI 211), Mr. McCracken's reply (DI 213), following oral argument held on October 6, 2025, and for reasons in the accompanying memorandum, it is **ORDERED** that Mr. McCracken's motions to suppress (DI 159 and DI 204) are **DENIED**.   Furthermore, it is **ORDERED** that the motions filed by Mr. Muse (DI 193), Mr. Fosque (DI 195), Mr. Abdul-Hakim (DI 198), and Mr. Coleman (DI 203) to join Mr. McCracken's motions to suppress are **DENIED** for the same reasons as set forth in Mr. McCracken's denial.

_____
MURPHY, J.