bIN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-3 |
| v. | : | |
| MIKAL MCCRACKEN,<br>    a/k/a "Kal," | : | FILED UNDER SEAL |
| AMIN MUSE,<br>    a/k/a "Miyn," a/k/a "Miyns," | : | |
| ALEEM ABDUL-HAKIM,<br>    a/k/a, "Fatleem," | : | |
| DEAN FOSQUE,<br>    a/k/a "30," | : | |
| KAVON COLEMAN,<br>    a/k/a "Ski," | : | |
| AMADOU MOUSSA,<br>    a/k/a "Adadou Moussa,"<br>    a/k/a "Amadou Amadou," | : | |
| DAVON SQUIRE | : | |

## GOVERNMENT'S SUPPLEMENTAL MOTION *IN LIMINE* TO ADMIT EVIDENCE AS INTRINSIC TO THE CRIME CHARGED IN THE SUPERSEDING INDICTMENT OR UNDER FEDERAL RULE OF EVIDENCE 404(b)

The United States of America, by its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Joseph LaBar and Katherine Shulman, Assistant United States Attorneys for the District, files this Supplemental Notice and Motion in Limine to Admit Evidence as Intrinsic to the Crime Charged in the Indictment or Under Federal Rule of Evidence 404(b).

Two defendants have filed objections, McCracken and Abdul-Hakim. McCracken objects to nine of the uncharged carjackings described in the notice, and the related events. Abdul-Hakim objects to one uncharged carjacking.







The Court of Appeals has explained that "(i)n a conspiracy prosecution, the government is usually allowed considerable leeway in offering evidence of other offenses 'to inform the jury of the background of the conspiracy charged, ... and to help explain to the jury how the illegal relationship between the participants in the crime developed.'" *United States v. Cross*, 308 F.3d 308, 324 n.24 (3d Cir. 2002), *quoting United States v. Mathis*, 216 F.3d 18, 26 (D.C. Cir. 2000), and *United States v. Williams*, 205 F.3d 23, 33-34 (2d Cir. 2000).





Respectfully yours,

DAVID METCALF
United States Attorney

*/s Joseph LaBar*
JOSEPH LABAR
Assistant United States Attorney

*/s Katherine Shulman*
KATHERINE SHULMAN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been served on the Filing User identified below

through the Electronic Case Filing (ECF) system and/or via email:

Mark Greenberg, Esquire
651 E. Township Line Road Number 81
Blue Bell, PA 19422
marksgreenberg@aol.com
*Attorney for Mikal McCracken*

Thomas Kenny, Esquire
Kenny Burns & McGill
1500 John F. Kennedy Boulevard, Two Penn Center Suite 520
Philadelphia, PA 19102
tkenny@kennyburnsmcgill.com
*Attorney for Amin Muse*

William Brennan, Esquire
Law Offices of William J. Brennan
1600 Locust Street
Philadelphia, PA 19103
brennanlaw@philadelphiacriminallaw.com
*Attorney for Aleem Abdul-Hakim*

Alan Tauber, Esquire
Law Office of Alan J. Tauber, P.C. Pennsylvania
718 Arch Street Suite 702n
Philadelphia, PA 19106
atauber@atauberlaw.com
*Attorney for Aleem Abdul-Hakim*

Martin Isenberg, Esquire
Scher & Isenberg, L.L.C.
1528 Walnut Street, Suite 1100
Philadelphia, Pennsylvania 19102
martin@scherandisenberg.com
*Attorney for Dean Fosque*

Terri Pawelski, Esquire
123 South Broad Street, Suite 2800
Philadelphia, PA 19109
tpawelski@saxtonstump.com
*Attorney for Kavon Coleman*

Kenneth Edelin, Esquire
1219 Spruce Street
Philadelphia, PA 19107
kedelin@mtvlaw.com
*Attorney for Amadou Moussa*

Coley Reynolds, Esquire
121 S. Broad Street, Suite 1200
Philadelphia, PA 19107
cor@reynoldsfirm.com
*Attorney for Davon Squire*

*/s/ Joseph LaBar*
Joseph LaBar
Assistant United States Attorney

*/s/ Katherine Shulman*
Katherine Shulman
Assistant United States Attorney

Date: October 28, 2025.