**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.  24-3-1, 2, 3, 4, 5** |
| | : | |
| **MIKAL MCCRACKEN, AMIN MUSE,** | : | |
| **ALEEM ABDUL-HAKIM, DEAN** | : | |
| **FOSQUE, KAVON COLEMAN** | : | |

## ORDER

**AND NOW**, this 20th day of March 2026, it is **ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania shall pay Juror #1 – No. 05-0077, Juror #2 – No. 05-0165, Juror #3 – No. 05-0123, Juror #4 – No. 05-0075, Juror #5 – No. 05-0051, Juror #6 – No. 05-0052, Juror #7 – No. 05-0010, Juror # 8 – No. 05-0101, Juror #9 – No. 05-0038, Juror #10 – No. 06-0008, Juror #11 – No. 06-0110, Juror #12 – No. 06-0075, Alternate Juror #1 – No. 06-0104, Alternate Juror #2 – No. 06-0012, Alternate Juror #3 – No. 07-0042, Alternate Juror #4 – No. 07-0160, and Alternate Juror #6 – No. 07-0053, for the following dates: March 16, March 17, March 19, and March 20, 2026.

_____
**MURPHY, J.**