**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 24-3-1, 2, 3, 4, 5** |
| | : | |
| **MIKAL MCCRACKEN, AMIN MUSE, ALEEM ABDUL-HAKIM, DEAN FOSQUE, KAVON COLEMAN** | : | |

# ORDER

**AND NOW**, this 1st day of September 2026, upon considering defendant Mikal McCracken's motion for a new trial (DI 577), defendant Amin Muse's motion for a new trial (DI 578), defendant Kavon Coleman's motion for judgment of acquittal (DI 579), defendant Dean Fosque's motion for a new trial (DI 580), the government's opposition to the motions (DI 595), defendant McCracken's reply (DI 598), defendant Coleman's reply (DI 604), defendant Aleem Abdul-Hakim's motion for a new trial (DI 631), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant Mikal McCracken's motion for a new trial (DI 577) is **DENIED**.
2. Defendant Amin Muse's motion for a new trial (DI 578) is **DENIED**.
3. Defendant Kavon Coleman's motion for judgment of acquittal (DI 579) is **DENIED**.
4. Defendant Dean Fosque's motion for a new trial (DI 580) is **DENIED**.
5. Defendant Aleem Abdul-Hakim's motion for a new trial (DI 631) is **DENIED**.

John F Murphy

**MURPHY, J.**